UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE CO.,

                     Plaintiff,         ORDER

v.

                                       20-cv-00768 (PMH)

HILLVIEW CONSTRUCTION AND
RENOVATIONS CORP.,

                     Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. Defendant's deadline for answering or otherwise responding to Plaintiff's complaint was February 28, 2020 (Doc. 7). Nothing has been filed. The parties are directed to submit via ECF a joint letter to the Court concerning the status of this action by April 27, 2020.

Dated: New York, New York
       April 8, 2020

                                                             Philip M. Halpern
                                                            United States District Judge