UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY | Case No. 20-cv-768 (PMH) |
| Plaintiff, | |
| | [PROPOSED] **ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF ON MOTION FOR <u>DEFAULT JUDGMENT</u>** |
| -against- | |
| HILLVIEW CONSTRUCTION AND RENOVATIONS CORP., | |
| Defendant. | |

------------------------------------------------------------X

UPON the Affidavit of Maureen E. O'Connor, dated the 20th day of August, 2020, and the exhibits annexed thereto, including the Affidavit of Randy Myers with statement of damages contained therein, sworn to on the 13th day of August, 2020, the Clerk's Certificate of Default, dated August 6, 2020, the Proposed Default Judgment submitted herewith, and upon all the pleadings and proceedings heretofore had herein, including the Complaint and Amended Complaint herein, it is

ORDERED, that defendant, Hillview Construction and Renovations Corp., show cause before this Court, before the Honorable Philip M. Halpern, in Courtroom 12D of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 16th day of September, on submission only, why an Order should not be entered herein, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), granting a default judgment in favor of plaintiff, American Empire Surplus Lines

Insurance Company, for defendant's failure to plead or otherwise defend this action, together with such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order to Show Cause of Judge Philip M. Halpern dated August 24, 2020, plaintiff is to serve a copy of this Order and supporting documents on defendant by regular mail delivery to be sent out to the following address: Hillview Construction and Renovation Corp., 941 McLean Avenue, Yonkers, New York 10704, no later than August 26, 2020, and provide proof of service on the docket by August 28, 2020. Defendant's opposition papers, if any, must be served and filed by defendant no later than September 16, 2020.

Dated: New York, New York
       August 24, 2020

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.