UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                            *Plaintiff*,

      v.

HILLVIEW CONSTRUCTION AND
RENOVATIONS CORP.,

                            *Defendant*.
-----------------------------------------------------------------------x

Civil Action No. 20-CV-00768-PMH

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Noel Normoyle, sworn to the 30th day of October 2020, with the exhibits annexed thereto; and all prior pleadings and proceedings had herein, the undersigned counsel for Defendant, HILLVIEW CONSTRUCTION AND RENOVATIONS CORP., will move this Court, on the 18th day of November, 2020, at 11:00 in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rules of Civil procedure 55(c) and 60(b) to vacate the Order herein dated October 15, 2020, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
         October 30, 2020

HOWARD BLUM, P.C.

By: _____
    HOWARD BLUM
767 Third Avenue, 24th Floor
New York, New York 10017
(212) 557-3000
Attorneys for Defendant

Hillview Construction and
Renovations Corp.

---

Motion denied without prejudice for failure to comply with the Court's Individual Practices, which requires the exchange of pre-motion conference letters and a pre-motion conference prior to moving. *See* Rule 2(C).

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       November 4, 2020