**HOWARD BLUM, P.C.**
767 THIRD AVENUE
24TH Fl
NEW YORK, NY 10017
(212) 557-3000
hhblum@optonline.net

> The December 1, 2020 conference shall be held at 4:00 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The clerk is instructed to terminate ECF No. 39.
>
> SO ORDERED.
>
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> November 30, 2020

November 30, 2020

BY ECF

Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    American Empire Surplus Lines Insurance Company v. Hillview
             Construction and Renovations Corp.
             Case No.: 20-cv-00768-PMH

Dear Judge Halpern:

I represent the defendant, Hillview Construction and Renovations Corp. in the above referenced matter. There is a conference scheduled for December 1, 2020 at 12:15 p.m. I had asked my associate to appear on my behalf as I have a medical appointment that could not be rescheduled; however, she is not yet admitted to the U.S. District Courts for the Southern District. Therefore, I respectfully request the conference to start at 4 p.m. on the same day in order that I may appear immediately after my appointment, or in the alternative, that my associate be permitted to appear before Your Honor to argue the motion. Ms. Maureen O'Connor, counsel for plaintiff, has been notified and Ms. O'Connor consents to both requests. The original conference date of November 18, 2020 was changed to December 1 because I did not appear for the November 18 conference.

Your consideration is appreciated.

Respectfully yours,

Howard Blum